UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, INC., a Delaware Corporation, THE HOME DEPOT, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. C 06 7026 CW<br><br>Magistrate Judge Elizabeth D. LaPorte<br><br>~~(PROPOSED)~~ ORDER EXTENDING ADR DEADLINE |

IT IS HEREBY ORDERED that the deadline for the Court-ordered ADR session in this action be extended to allow for a meaningful and productive session. The ADR session deadline is extended to July 25, 2007.

IT IS SO ORDERED:

DATED: March 22, 2007

Elizabeth D. LaPorte
Magistrate

*[Signed and sealed: IT IS SO ORDERED, Judge Elizabeth D. Laporte, United States District Court, Northern District of California]*

-1-

~~(PROPOSED)~~ ORDER EXTENDING ADR DEADLINE