1  MICHAEL J. VEILUVA (State Bar No. 100419)
   MARK D. EPSTEIN (State Bar No. 168221)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Telephone: (925) 939-9880
4  Facsimile: (925) 939-9915

5  Attorneys for Plaintiffs
   Andrew Shalaby and Sonia Dunn-Ruiz

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  ANDREW SHALABY and SONIA DUNN-       Case No. C 06-07026 EDL
    RUIZ,
11                                       **STIPULATION TO FILE FIRST
                                         AMENDED COMPLAINT, AND ORDER
12         Plaintiffs,                   THEREON**

13         vs.

14  IRWIN INDUSTRIAL TOOL COMPANY,
    INC., THE HOME DEPOT, INC., and DOES
15  2 through 100, inclusive

16         Defendants.

17        The parties to the above-captioned action, through their respective counsel, hereby

18  STIPULATE AND AGREE as follows, subject to the approval of the Court:

19        1.    That plaintiffs may file the First Amended Complaint attached as Exhibit A to this

20  stipulation, without filing a motion for leave to file the same;

21        2.    That following the Court's entry of the order approving this stipulation, plaintiffs

22  will electronically file the proposed First Amended Complaint with the Court; and

23        3.    That defendants will electronically file an answer to the First Amended Complaint

24  within ten days of the filing of the First Amended Complaint.

25  //

26  //

27  //

28

                                        1       900725.pld.USDC Pldgs.Stip Re Amended Complaint(final).doc

Dated: June ___, 2007

ALBORG, VEILUVA & EPSTEIN LLP

/s/

By: _____

MARK D. EPSTEIN
Attorneys for Plaintiffs

Dated: June ___, 2007

KELLER, PRICE & MOORHEAD

/s/

By: _____

J. PHILLIP MOORHEAD
Attorneys for Defendants IRWIN INDUSTRIAL
TOOLS, INC., and THE HOME DEPOT, INC.

ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

DATED:  June 8, 2007

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

900725.pld.USDC Pldgs.Stip Re Amended Complaint(final).doc

STIPULATION TO FILE FIRST AMENDED COMPLAINT AND ORDERE THEREON