```
 1 | J. Phillip Moorhead, Esq. (SBN 99445)
   | KELLER, PRICE & MOORHEAD
 2 | 229 Avenue I, Second Floor
   | Redondo Beach, California 90277-5600
 3 | Telephone:  (310) 540-1332
 4 |
   | Attorneys for Defendants, IRWIN INDUSTRIAL TOOL COMPANY, INC. and
 5 | HOME DEPOT, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual, | CASE NO. C 06 7026 EDL |
| | Magistrate Judge Elizabeth D. LaPorte |
| Plaintiffs, | |
| | STIPULATION AND ORDER |
| v. | |
| IRWIN INDUSTRIAL TOOL COMPANY, INC., THE HOME DEPOT, INC., and DOES 2 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed, by and between counsel for Plaintiffs (Andrew Shalaby and Sonia Dunn-Ruiz), counsel for Defendants and Third Party Plaintiff (The Home Depot, Inc. and Bernzomatic), and counsel for Third Party Defendant (Western Industries, Inc.), as follows:

/ / /

-1-

STIPULATION AND ORDER

1. WHEREAS, Western Industries, Inc. made an initial appearance in this case on July 16, 2007 by filing a motion to strike Bernzomatic's third party complaint; and

2. WHEREAS, Worthington Cylinder Corporation has been named and served with the third party complaint, but does not anticipate making a formal appearance in the action until on or about July 31, 2007; and

3. WHEREAS, the Court has previously ordered the parties to complete mediation on or before July 25, 2007; and

4. WHEREAS, counsel for all present and anticipated parties to this litigation concur that a meaningful mediation cannot be completed until both third party defendants have appeared in the action and completed sufficient investigation and discovery to effectively discuss the disposition of this case through mediation;

IT IS HEREBY STIPULATED AND AGREED, by and between the existing parties to this litigation, that the mediation completion date should be postponed and continued to a date suitable to the Court's calendar on or about October 26, 2007, that all parties respectfully request the Court to enter an order in conformance with this Stipulation, and that all parties respectfully request that the Court schedule a case management conference at the Court's convenience within the next 45 days where the parties can advise the Court of the status of the case and discuss the

1  rescheduling of discovery cut-offs, motion cut-offs, trial dates,
2  etc.
3  DATED: July 17, 2007            ALBORG, VEILUVA & EPSTEIN LLP
4                                  _____
                                   Mark D. Epstein
5                                  Attorneys for Plaintiffs
                                   ANDREW SHALABY and SONIA DUNN-RUIZ
6
7  DATED: July    , 2007           MCCORMICK, BARSTOW SHEPPARD, ET AL.
8                                  _____
                                   Lowell Carruth
9                                  Attorneys for Third Party Defendant
                                   WESTERN INDUSTRIES, INC.
10
11 DATED: July    , 2007           KELLER, PRICE & MOORHEAD
12                                 _____
                                   J. Phillip Moorhead
13                                 Attorneys for Defendants and Third
                                   Party Plaintiff
14                                 HOME DEPOT, INC. and BERNZOMATIC
15

16                                 ORDER

17     GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the
18 mediation completion date in this case is postponed and continued
19 to October 26, 2007, and that the Court will notify all parties of
20 a case management conference within the next 45 days.
21
22 DATED:                          _____
                                   Elizabeth D. LaPorte
23                                 Magistrate Judge
24
25
26
27
28

-3-

STIPULATION AND ORDER

rescheduling of discovery cut-offs, motion cut-offs, trial dates, etc.

DATED: July ___, 2007

ALBORG, VEILUVA & EPSTEIN LLP

_____
Mark D. Epstein
Attorneys for Plaintiffs
ANDREW SHALABY and SONIA DUNN-RUIZ

DATED: July 18, 2007

MCCORMICK, BARSTOW SHEPPARD, ET AL.

_____
Lowell Carruth
Attorneys for Third Party Defendant
WESTERN INDUSTRIES, INC.

DATED: July ___, 2007

KELLER, PRICE & MOORHEAD

_____
J. Phillip Moorhead
Attorneys for Defendants and Third Party Plaintiff
HOME DEPOT, INC. and BERNZOMATIC

ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the mediation completion date in this case is postponed and continued to October 26, 2007, and that the Court will notify all parties of a case management conference within the next 45 days.

DATED:

_____
Elizabeth D. LaPorte
Magistrate Judge

1  rescheduling of discovery cut-offs, motion cut-offs, trial dates,
2  etc.
3  DATED: July    , 2007           ALBORG, VEILUVA & EPSTEIN LLP
4                                  _____
5                                  Mark D. Epstein
                                   Attorneys for Plaintiffs
                                   ANDREW SHALABY and SONIA DUNN-RUIZ
6
7  DATED: July    , 2007           MCCORMICK, BARSTOW SHEPPARD, ET AL.
8                                  _____
9                                  Lowell Carruth
                                   Attorneys for Third Party Defendant
                                   WESTERN INDUSTRIES, INC.
10
11 DATED: July 17, 2007            KELLER, PRICE & MOORHEAD
12                                 /s/ J. Phillip Moorhead
                                   _____
13                                 J. Phillip Moorhead
                                   Attorneys for Defendants and Third
                                   Party Plaintiff
14                                 HOME DEPOT, INC. and BERNZOMATIC
15
16                                 ORDER
17    GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the
18 mediation completion date in this case is postponed and continued
19 to October 26, 2007, and that the Court will hold a case management conference
   on September 11, 2007 at 3:00 p.m. An updated joint case management conference statement shall
20 be filed no later than September 4, 2007.
21
22 DATED: July 23, 2007
23                                 _____
                                   Elizabeth D. LaPorte
                                   Magistrate Judge
24                                 [SEAL: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court Northern District of California]
25
26
27
28
                                   -3-
                            STIPULATION AND ORDER